# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

WILMA J. CLARK                                                                                          PLAINTIFF

v.                                              NO. 1:15CV00092 JLH

ARKANSAS STEEL ASSOCIATES, LLC                                              DEFENDANT

## ORDER OF DISMISSAL

Having been notified by counsel for the defendant that a settlement has been reached in this matter, the Court finds that this case should be dismissed.

IT IS THEREFORE ORDERED that the complaint and all claims in this action against the defendant be, and they are, hereby dismissed with prejudice.

The Court retains complete jurisdiction for thirty (30) days to vacate this Order and to reopen the action if it is satisfactorily shown that settlement has not been completed and further litigation is necessary.

IT IS SO ORDERED this 21st day of April, 2017.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE